UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>GARY ROSENTHAL,<br><br>Debtor. | CASE NO. 2:26-cv-02779-JNW<br><br>Bankruptcy No. 24-12397<br><br>ORDER TO SHOW CAUSE |
| BUDA HILL LLC et al.,<br><br>Defendants/Appellants,<br><br>v.<br><br>GARY ROSENTHAL,<br><br>Plaintiff/Appellee. | |

The Court raises this issue of its own accord. Appellants Buda Hill LLC and Eastside Funding LLC filed a Notice of Appeal on August 4, 2026, from a decision of the Bankruptcy Court. Dkt. No. 1. On September 8, 2026, the Bankruptcy Clerk's office issued a Notice of Deficient Appeal, notifying Appellants that documents required to pursue their appeal were missing. Dkt. No. 7. The Bankruptcy Clerk's office then issued a status report on September 16, 2026, notifying Appellants a

requested transcript is still missing. Dkt. No. 8. More than three weeks have passed since then, and Appellants have not cured the deficiency.

The Court's power to dismiss an action for failure to prosecute "is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts." *Link v. Wabash R. Co.*, 370 U.S. 626, 629-30 (1962); *see also Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) (explaining that district courts may sua sponte dismiss actions under Rule 41(b) for failure to comply with court orders and/or failure to prosecute).

Accordingly, the Court ORDERS Appellants to SHOW CAUSE within FOURTEEN (14) days of this order why this case should not be dismissed for failure to prosecute. Appellants may satisfy this order by curing the deficiency identified in the Notice of Deficient Appeal or by explaining why they cannot. If Appellants do not demonstrate good cause for their failure to cure, or fail to timely respond, the Court will dismiss this action without prejudice. The Clerk is DIRECTED to calendar this deadline on the Court's docket.

The Clerk is further DIRECTED to send uncertified copies of this Order to all counsel of record and to the Bankruptcy Clerk's office.

Dated this 13th day of October, 2026.

Jamal N. Whitehead
United States District Judge